UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

PLUS DISTRIBUTION INC.

              Plaintiff,

v.

UNITED STATES,
              Defendant.

**S U M M O N S**

Court No. 23-00252

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Los Angeles | Center (if known): PNDING |
| Protest Number: 2720-23-104614 | Date Protest Filed: January 3, 2023 |
| Importer: Plus Distribution Inc. | Date Protest Denied: June 8, 2023 |
| Category of Merchandise: Atomizer device | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| NFR00006786 | 6/01/2022 | 7/08/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Stein Shostak Shostak Pollack & O'Hara, LLP
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213)630-8888  E-mail: elon@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

### Appraised Value of Merchandise

|  | Statutory Basis | Statement of Value |
|---|---|---|
| Appraised: | 19 USC 1401a(f)(2)(F) and (G) | Not stated. Minimum, arbitrary or fictitious value. |
| Protest Claim: | Transaction Value 19 USC 1401a(b) | Price paid to unrelated seller |

### Classification, Rate or Amount

|  | Assessed | | Protest Claim | |
|---|---|---|---|---|
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
|  |  |  |  |  |

### Other

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether price paid or payable is the correct basis of appraisement.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack
_____
Signature of Plaintiff's Attorney

December 4, 2023
_____
Date

## SCHEDULE OF PROTESTS

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 272023104614 | 1/03/2023 | 6/08/2023 | NFR00006786 | 6/01/2022 | 7/08/2022 | 2720 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)